UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2532
_____

UNITED STATES OF AMERICA

v.

JAMES HILL,
          Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-18-cr-00458-001)
District Judge: Honorable Gerald A. McHugh
_____

Submitted under Third Circuit LAR 34.1(a)
April 15, 2020
_____

Before: AMBRO, JORDAN, and SHWARTZ, Circuit Judges.
_____

JUDGMENT ORDER
_____

After considering the contentions raised by appellant, to-wit, that the court erred in

entering his conviction because the indictment did not allege, the jury was not instructed,

and the evidence offered did not prove that he knew he was a felon at the time he

possessed a firearm, and as none of these objections were preserved, and even if there

were an indictment error, it is not plain error that requires disturbing the judgment

because appellant cannot demonstrate prejudice, United States v. Greer, 141 S. Ct. 2090,

2097-98 (2021) (concluding defendant could not demonstrate prejudice under plain-error review because "[i]f a person is a felon, he ordinarily knows he is a felon," particularly where he "stipulated to the fact that he was a felon"), it is

ADJUDGED AND ORDERED that the judgment of the district court be and is hereby affirmed.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: July 30, 2021